*E-FILED - 4/14/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO VALENCIA,<br><br>　　　　　Defendant. | NO. CR-99-20213-04-RMW<br>　　　CR-99-20226-01-RMW<br><br>ORDER DENYING MOTION FOR<br>SENTENCE REDUCTION |

On January 9, 2015 defendant Antonio Valencia sent a letter to the court asking for appointment of counsel to prepare a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(b)(1) as amended by U.S.S.G. Amendment 782. The court treats defendant's request as a motion.

The Probation Office has prepared a Sentence Reduction Investigation Report and determined that the defendant's Total Offense Level was determined pursuant to the Career Offender provision found in U.S.S.G. § 4B1.1 and, therefore, defendant is not eligible for a reduction to his sentence. The Federal Public Defender's Office has reviewed defendant's file and has advised that it has nothing to add to defendant's request.

Based upon the Probation Office's Report and the defendant's career offender status, the court denies defendant's request for a sentence reduction.

Date: 4/14/15

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>ANTONIO VALENCIA,<br><br>            Defendant.<br>_____ / | Case Number: CR-99-20213-04 RMW<br>                       CR-99-20226-01 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Doug Wilson
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Antonio Valencia
Reg. No. 35667-019
CI Reeves III
P.O. Box 2038
Pecos, TX 79772

　　　*Pro Se Defendant*

Dated: April 14, 2015

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk