*E-FILED - 7/1/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO VALENCIA,<br><br>　　　　　Defendant. | NO. CR-99-20213-04-RMW<br>　　　 CR-99-20226-01-RMW<br><br>ORDER DENYING REQUEST FOR RECONSIDERATION |

　　　Defendant Valencia Antonio requests clarification of the denial of his Motion to Reduce his Sentence dated April 14, 2015. The court treats the request as a motion for reconsideration. It appears that defendant believes that something from his past record was considered in denying his request which he was previously told would not be considered. The only information on which his motion was denied was that used in his original sentencing. He is not entitled to a reduction because he was sentenced as a career offender. That status precludes a reduction based upon U.S.S.G. Amendment 782. Therefore, the request for clarification (or reconsideration) is denied.

DATED: 7/1/15

　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING REQUEST FOR RECONSIDERATION   CR-99-20213-04-RMW; CR-99-20226-01-RMW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

ANTONIO VALENCIA,

        Defendant.

Case Numbers: CR-99-20213-04 RMW
CR-99-20226-01 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Valencia
Reg. No.: 35667-019
R.C.D.C. III
P.O. Box 2038
Pecos, TX 79772

Dated: July 1, 2015

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk